```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ERIN DEGNAN                       :    CIVIL ACTION
                                  :
     v.                           :
                                  :
NATIONWIDE MUTUAL INSURANCE       :    NO. 18-4592
CO., et al.                       :
```

                                ORDER

        AND NOW, this 13th day of August, 2019, by agreement of counsel, it is hereby ORDERED that:

        (1)  Defendant Nationwide Mutual Insurance Co. is DISMISSED from this action; and

        (2)  All proceedings in this action involving the remaining defendant Unitrin Direct Property & Casualty Company are STAYED pending further order of this court.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                                              J.